AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Francisco Felipe Bartolome<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:19mj218-LRA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 7, 2019__ in the county of __Scott__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1253(a)(1)(A) | Failure to Depart |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brent Druery, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/15/2019

_____
*Judge's signature*

City and state: Jackson, Mississippi

Linda R. Anderson, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR PROBABLE CAUSE FOR A COMPLAINT AND ARREST WARRANT



I, Brent Druery, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed since November of 2002. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2.  I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Francisco Felipe Bartolome, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Francisco Felipe Bartolome for violating Title 8, United States Code, Sections 1253(a)(1)(A), failure to depart the United States after a final order of removal under administrative processes.

### PROBABLE CAUSE

3.  On August 07, 2019, Immigration and Customs Enforcement (ICE) executed seven criminal and administrative search warrants at chicken processing company locations across the Southern District of Mississippi. During the execution of the search warrant at PH Food, 4013 Highway 80, Morton, Mississippi 39117, ICE officials encountered Francisco Felipe Bartolome (Alien #█████5656), an illegal alien from Guatemala. Queries within ICE databases revealed Francisco Felipe Bartolome was previously encountered on August 17, 2010, near Case Grande,

Arizona, placed in deportation proceedings, and released. Francisco Felipe Bartolome was granted voluntary return on December 12, 2012, by an Immigration Judge. Francisco Felipe Bartolome was given until April 11, 2013 to voluntarily depart the United States. Queries within ICE databases yielded negative results for outbound border crossing for Francisco Felipe Bartolome. When encountered on August 7, 2019, Francisco Felipe Bartolome was employed utilizing the alias Rolando Ballejo.

## **CONCLUSION**

5. Based on these underlying facts and circumstances, as set forth above, it is my belief that probable cause exists showing that Felipe Bartolome, is a citizen and national of Guatemala, illegally present in the United States, who has previously been ordered removed from the United States and failed to depart within 90 days following the final order of removal, and thereafter was found in the United States, in violation of Title 8, United States Code, Sections 1253(a)(1)(A).

Respectfully submitted,

_____
Brent Druery
Special Agent
Homeland Security Investigations

SWORN to before me on this __15th__ day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE